```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/28/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jackson,

      Plaintiff,

  –v–

Lon Operations LLC et al.,

      Defendants.

21-cv-9115 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

  Plaintiff on November 30, 2021, filed a notice of settlement that requested "the case be dismissed and closed" and that "the Court provide that the parties may seek to reopen the matter for forty-five (45) days to assure that the Agreement is executed and that the settlement funds have cleared." Dkt. No. 19. The Court granted those requests on December 1, 2021, and closed the case. Dkt. No. 20. Plaintiff on December 28, 2021, filed a stipulation of voluntary dismissal with prejudice as to her claims against Loan Operations LLC "only." Dkt. No. 21. The other Defendant, Trans Union LLC, is not mentioned in either of Plaintiff's filings and it filed an answer to Plaintiff's complaint on November 30, 2021. Dkt. No. 18.

  Plaintiff and Trans Union are ordered to file a joint letter by January 7, 2022, indicating whether the Court should reopen the case to permit Plaintiff's claims against Trans Union to proceed.

SO ORDERED.

Dated: December 28, 2021
   New York, New York

                _____
                ALISON J. NATHAN
                United States District Judge